JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL VON BRADLEY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>DEPARTMENT OF CHILDREN AND FAMILY SERVICES,<br><br>　　　　Defendant(s). | CASE NO. CV 17-6556-JFW (AGR)<br>Honorable Judge John F. Walter<br><br>**ORDER RE: DISMISSAL** |

**TO ALL PARTIES IN PROPRIA PERSONA AND/OR BY THEIR ATTORNEYS OF RECOR:**

GOOD CAUSE APPEARING to dismiss all defendants pursuant to the stipulation filed by the parties pursuant to FRCP Rule 41(a)(1)(A)(ii),

IT IS HEREBY ORDERED that Case No. 2:17-cv-06556 be dismissed, with prejudice, as to all defendants, including Defendant COUNTY OF LOS ANGELES (erroneously sued as the Department of Children and Family Services) at this time. Each party is to bear his, her or its own costs and attorneys' fees.

DATED: April 9, 2019

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　HONORABLE JOHN F. WALTER
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

-- 1 --